**Gmail**  John Steinkamp

## Fax Message Transmission Result to +1 (954) 3273352 - Sent
1 message

**RingCentral** <service@ringcentral.com>  Mon, May 7, 2018 at 4:11 PM
To: John Steinkamp

### Fax Transmission Results

Here are the results of the 3-page fax you sent from your phone number

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| | +1 (954) 3273352 | Monday, May 07, 2018 at 04:11 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Williams - ARS.pdf | Success |



EXHIBIT 2

John T. Steinkamp
5214 S. East Street, Suite D1,
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320

**John T. Steinkamp & Associates
Attorneys at Law**

# Fax

| | | | | |
|---|---|---|---|---|
| To | ARS Account Resolution Services (Sunrise, FL) | From: | John Steinkamp | |

| | | | | |
|---|---|---|---|---|
| Fax | 954-327-3352 | Pages | 3 (including Cover Letter) | |
| Date: | 5/7/2018 | | | |
| Re: | Andrew Ray Williams, Jr | CC: | | |
| | xxx-xx-2558 | | | |

( Urgent       ( For Review       ( Please Comment       ( Please Reply       ( Please Recycle)

Comments:

A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code

# JOHN STEINKAMP
## & ASSOCIATES

A Professional Corporation
www.johnsteinkampandassociates.com

May 7, 2018

ARS Account Resolution Services (Sunrise, FL)
**VIA FACSIMILE ONLY**
954-327-3352

Name:        Andrew Ray Williams, Jr
Address:     ███████████████████████
Social Sec.: xxx-xx-2558

Dear Sir or Madam:

    Please be advised that the consumer debtor/client(s) referenced above has retained the services of John Steinkamp & Associates to assist in the matter of debt relief. The purpose of this letter is to provide you with written notice that our client(s) is in fact and in law represented by my office **for all debts that he/she may have**. <u>**As a result of this notice, and pursuant to Section 1692(b)(5) of Title 15 of the United States Code and Section Statutes, you are to immediately terminate any further direct or indirect contacts with our client.**</u> Please note that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means. This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

    **Upon receipt of this letter, any further direct or indirect contacts with our client will result in our office filing a claim against you pursuant to applicable state and/or federal laws.**

    Please be advised that my client disputes the debt(s) upon which you are attempting to collect.

    Please direct **all** future communications to this office. Thank you for your time and attention.

                                                                  Sincerely,

                                                                  /s/ John T. Steinkamp
                                                                  John Steinkamp
                                                                   Attorney at Law

**5214 S. East Street, (U.S. 31 South) Suite D1, Indianapolis, Indiana 46227**
Telephone: 317-780-8300    Facsimile: 317-217-1320
A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code